(102 So. 787)

**Ex parte Byrd BEMBO. (4 Div. 193.)**

(Supreme Court of Alabama. Jan. 22, 1925.)

Certiorari to Court of Appeals.

E. O. Baldwin, of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Byrd Bembo for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Bembo v. State, 102 So. 786.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.